IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVARO CERVERA,

        Plaintiff,        CV F 07 1030 LJO WMW P

   vs.                  ORDER RE MOTION (DOC 10)

BERNIE ELLIS, et al.,

        Defendants.

      Plaintiff is an inmate in the custody of th U.S. Bureau of Prisons at the Allenwood Federal Correctional Institution in Pennsylvania. Plaintiff is proceeding in a civil action against defendant correctional officials at the Federal Correctional Institution in Taft, California. This action was filed in the U.S. District Court for the Middle District of Pennsylvania, and transferred to this Court on July 19, 2007.

      On July 31, 2007, an order was entered by this Court, directing officials at Allenwood to collect funds from Plaintiff's inmate trust account in order to pay the filing fee. On October 11, 2007, Plaintiff filed a motion titled as a motion to correct the order of July 31, 2007. Plaintiff indicates that such an order was entered by the U.S. District Court for the Middle District of Pennsylvania, and is duplicative of the order entered by this Court. A review of the electronic filed received from the District Court in Pennsylvania reveals that a payment order was entered.

Accordingly, IT IS HEREBY ORDERED that:

    1. The order directing monthly payments entered by this Court on July 31, 2007, is vacated.

    2. The Clerk is directed to serve a copy of this order on the Warden of Allenwood Federal Correctional Institution, P.O. Box 2000, White Deer, PA, 17887.

    3. The Clerk is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division, 2500 Tulare Street, Suite 1501, Fresno CA, 93721.  IT IS SO ORDERED.

**Dated:   November 29, 2007**          /s/  **William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE