IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVARO CERVERA,

        Plaintiff,        1: 07 CV 1030 LJO WMW PC

    vs.                  ORDER RE MOTION (DOC 15)

BERNIE ELLIS, et al.,

        Defendants.

       Plaintiff is a federal prisoner proceeding pro se in a civil rights action against correctional officials at the California City Correctional Center in California in California City. Pending before the court is Plaintiff's motion for a partial refund of his filing fee.

       Plaintiff seeks a refund on the ground that an earlier order vacated the filing fee. On December 3, 2007, an order was entered, vacating an earlier order directing the collection of Plaintiff's filing fee. A review of court records indicates that the collection of money from Plaintiff's inmate trust account continued after that date.

       Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a refund of his filing fee is granted. A separate order will issue directing the refund.

 IT IS SO ORDERED.

**Dated:   March 30, 2009**          /s/ William M. Wunderlich
                                          UNITED STATES MAGISTRATE JUDGE