FILED

MAY - 7 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___J. HELLINGS___
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVARO CERVERA,

        Plaintiff,           1: 07 CV 1030 LJO WMW PC

    vs.                     ORDER DIRECTING REFUND

BERNIE ELLIS, et al.,

        Defendants.

        On March 31, 2009, an order was entered, indicating that a review of court financial records revealed that money had been collected from Plaintiff's inmate trust account in excess of the filing fee. The order noted that the order directing the payment of the inmate filing fee was vacated on December 3, 2007. A review of court records indicates that the collection of money from Plaintiff's inmate trust account continued after that date. Plaintiff is currently housed at the Metropolitan Detention Facility in Los Angeles. This order directing the refund is issued separately.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Financial Office of the U.S. District Court is directed to forward a refund of $38.32 to Plaintiff.

1

2. The Clerk's Office is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

3. The Clerk's Office is directed to serve a copy of this order on the Director of the U.S. Bureau of Prisons.

4. The Clerk's Office is directed to serve a copy of this order on the Inmate Trust Account Office, Metropolitan Detention Facility, Los Angeles.

DATED: 5/4/09

WILLIAM M. WUNDERLICH
UNITED STATES MAGISTRATE JUDGE